UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                   Plaintiff,

v.                                         Case No. 2:12-cr-21
                                         HON. ROBERT HOMES BELL

MARCO ANTONIO ARTEAGA, III,

                   Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on November 16, 2016, for an initial appearance on the Probation Petition and Order dated October 20, 2016 (ECF #49).

The tentative proposal is for Defendant to admit to the Grade B violation and be sentenced on December 15, 2016 before Judge Bell.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                */s/ Timothy P. Greeley*
                                TIMOTHY P. GREELEY
                                UNITED STATES MAGISTRATE JUDGE

Dated: December 6, 2016