UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.  2:12-cr-21

v.        HON. PAUL L. MALONEY

Marco Antonio Arteaga, III,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

On October 20, 2016, a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging 6 violations of the defendant's conditions of supervised release.

An initial appearance was conducted on November 16, 2016, at which time the defense counsel indicated she would talk with her client regarding the need for a preliminary hearing..

On January 23, 2017, the parties appeared before the undersigned for a revocation hearing and defendant waived his right to appear before a district judge, his right to allocution before a district judge, and his right to sentencing before a district judge.  At this time, the defendant admitted to violations  #1, 2, 3, 4, and 6 as set forth in the petition.  For the reasons stated on the record, it is recommended that the Court find the defendant did violate the conditions of supervised release as set forth in

violations # 1, 2, 3, 4, and 6  of the petition and that the attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release be entered.


Date:  January 24, 2017                             /s/ Timothy P. Greeley
                                                                    TIMOTHY P. GREELEY
                                                                    United States Magistrate Judge


**NOTICE TO PARTIES**

       You have the right to <u>de</u> <u>novo</u> review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).